[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-15248
Non-Argument Calendar
_____

D.C. Docket No. 3:12-cr-00170-MMH-JBT-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TROY LAMORRIS AARON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(September 19, 2014)

Before TJOFLAT, FAY and KRAVITCH, Circuit Judges.

PER CURIAM:

Valarie Linnen, appointed counsel for Troy Aaron in this direct criminal

appeal, has moved to withdraw from further representation of Aaron and filed a

brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Aaron's conviction and sentence are **AFFIRMED**.